# **EXHIBIT B**





Free Shipping* and Free Returns



# READING SUNGLASSES

Reading sunglasses from Maui Jim® feature patented PolarizedPlus2® lenses that offer industry-best contrast and vibrant colors, while eliminating glare and blocking 100% of dangerous UV rays. With Maui Jim® bifocal reader sunglasses, you'll never again have to switch back and forth between sunglasses and readers, even on the brightest days! Choose from +1.5, +2.0, and +2.5 power, plus further customize your polarized reader sunglasses by selecting from almost any frame style, frame color and lens color.

No one will know that you're wearing bifocals, as our unique bifocal element is nearly undetectable. You shouldn't have to give up vivid clarity and sumptuous color just to enjoy some time in the sun – and with your new Maui Jim reader sunglasses, you won't have to! Create your own personalized pair of men's or women's sunglass readers today, and start to see your world with new eyes.

**To order reader sunglasses, choose from any of our most popular frame styles below (or shop all our sunglasses, many of which can be customized as reading sunglasses). Select your frame color, lens color, and reader strength to customize your new readers.**



Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings          ✓ Accept Cookies



ADD READERS TO YOUR FAVORITE PAIR OF MAUI JIM CAT EYE SUNGLASSES

**SHOP OLU OLU**



ADD READERS TO YOUR FAVORITE PAIR OF MAUI JIM AVIATORS

**SHOP MAVERICKS**

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings     ✓ Accept Cookies



### ADD READERS TO YOUR FAVORITE PAIR OF MAUI JIM WRAP SUNGLASSES

SHOP PEAHI



### ADD READERS TO YOUR FAVORITE PAIR OF MAUI JIM FASHION SUNGLASSES

SHOP SUNNY DAYS

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

Cookie Settings        ✓ Accept Cookies





### HO'OKIPA READER

$239.99





### "So Happy With My Purchase!"

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings    ✓ Accept Cookies