E-FILED
Wednesday, 16 June, 2021 06:50:43 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT C



# HO'OKIPA READER
Polarized Rimless Sunglasses

Free Shipping* and Free Returns



$239.99   non-prescription lenses

(122)   Read Reviews



**Frame:** Gloss Black
**Lens:** Neutral Grey

Customize your Maui Jim Sunglasses

**Reader Power:**

1.5

Add To Cart

Description

Included

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings        ✓ Accept Cookies

**YOU MAY ALSO LIKE**

★ ★ ★ ★ ☆



**MAKAHA READER**

$239.99

⟩

- **As Worn By You**

Upload your photos below!

[Add Your Photo]

Clicking on these links will bring up a modal containing a larger version of the image.

- Product review for Maui Jim Ho'okipa Reader Rimless Polarized Sunglasses | Gloss Black Frames with Neutral Grey Lenses:

    5 Star Rating

    Love these glasses! It's great not to have to change to reading glasses. Light and comfortable. They stay in place and don't slide down my nose.

    Jagee

---

**REVIEWS**

**4.5** out of 5 stars

★★★★★

WRITE A REVIEW

★5    78%
★4    8%
★3    4%
★2    4%

**138 Ratings**



Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

⟩ Cookie Settings    ✓ Accept Cookies

**SORT**

🔍 Search reviews…

**FILTER**
Star Ratings

---

★★★★★
Jun 14, 2021
Charles T.

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

**Best in Quality**
Lens quality is absolutely the best in the industry. I have had several pair of Maui Jim sunglasses in the past and they have always been number one. This is my first pair of reader sunglasses and so far they are amazing.

| Location: | What is your gender?: | How old are you?: |
|---|---|---|
| PA, US | Male | 55 to 64 |

---

★★★★★
Jun 7, 2021
Troy S.

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

**Love them!**
I love these glasses with 1.5 readers. I have 2 pair so I can have one in the car for driving and clearly seeing the dashboard etc., and another for around the house and walking the dog.

| Location: | What is your gender?: | How old are you?: |
|---|---|---|
| Long Beach, CA, US | Male | 55 to 64 |

---

★★★★★
Jun 5, 2021
Chance

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

**Maui readers are the best**
Love my new (2nd pair) of Maui readers! They are the best to drive with and be able to read phone while outside in the sun.

| Location: | What is your gender?: | How old are you?: |
|---|---|---|
| NIXA, MO, US | Male | 45 to 54 |

---

★★★★★
May 24, 2021
Steven K.

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

**You can not beat the quality of Maui Jim's**
I did not read the description well so I ordered the wrong one. I did not need the Reader but the plain lenses. I contacted Maui Jim and they made it right without a hassle. I have the plain ones now and am tickled to death. As always, a great pair of sunglasses.

| Location: | What is your gender?: | How old are you?: |
|---|---|---|
| Monroe, LA, US | Male | 65 or over |

---

★★★★★
May 7, 2021
TonyH

Quality of product: 5.0 / 5.0

Value of product: 3.0 / 5.0

**4th Pair. Very pleased**
This is my fourth pair and I hope that this style is not discontinued. So easy just reorder what I like.

Is there a refurbish option for lenses replacement?

TH

| Location: | What is your gender?: | How old are you?: |
|---|---|---|
| Campobello, SC, US | Male | 55 to 64 |

---

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings     ✓ Accept Cookies

★★★★☆
Mar 15, 2021
Carolyn R.
Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

They are a little big for my head! Thinking about returning and getting a different pair with the readers! Quality is great, love Maui Jims!

Location: Lago Vista, TX, US
What is your gender?: Female
How old are you?: 45 to 54

★★★★★
Mar 10, 2021
Bill Swimmer
Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

**Love the bi-focal feature in very stylish glasses.**
WOW!!! I LOVE THEM!!!! Did not realize that the readers were both regular sunglasses and had readers added in as a bi-focal until I got them. This is so much easier for outdoor work...I have the best of both worlds and Maui Jim quality and service which is amazing. We are outside a lot in our state, these sunglasses are so perfect!

Location: Rehoboth Beach, DE, US
What is your gender?: Male
How old are you?: 55 to 64

★★★★★
Feb 19, 2021
JAMES D.
Quality of product: 5.0 / 5.0

Value of product: 4.0 / 5.0

**Excellent product!**
Well manufactured, feel sturdy, lens connector/nose piece seems improved and more stable. Polarized lenses are great, the readers are placed appropriately. Very comfortable.

Location: Hartford, CT, US
What is your gender?: Male
How old are you?: 55 to 64

★★★★★
Feb 18, 2021
Jami D.
Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

**Djj**
Third pair I've owned. I can't see myself buying anything else. The comfort level is most impressive and important. Clarity of the lenses is awesome. I have a minor complaint about the nose pieces, however, it may be the amount I use them, they wear out quickly in my opinion.

Location: Coopersville, MI, US
What is your gender?: Male
How old are you?: 45 to 54

< 1 **2** **3** **4** **5** **6** **7** >

## LENS DETAILS



**Neutral Grey**
BEST IN BRIGHT, DIRECT SUNLIGHT

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings    ✓ Accept Cookies



Shatter Resistance
Scratch Resistance
Weight



Without | With

## SIZE AND FIT

EYE **64.0**   BRIDGE: **17.0**   EYE **64.0**



HEIGHT **39.0**

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings    ✓ Accept Cookies

BASE CURVE
**8**



**Fit:** (eye) 64, (bridge) 17, (temple) 130, 8 base curve

**Finishing Treatment:** Gloss finish for a sleek look

TEMPLE
**130.0**



**Material:** Grilamid, a light, durable polymer with extreme bending strength known for retaining its shape

**Hinge:** Anti-corrosive, stainless steel pin hinge offers lightweight strength

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings      ✓ Accept Cookies