E-FILED
Wednesday, 16 June, 2021  06:50:43 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT D





‹     Free Shipping* and Free Returns     ›

# MAKAHA READER
Polarized Rimless Sunglasses



$**239**.99    *non-prescription lenses*

★★★★☆ (101)    Read Reviews

**Frame:** Gloss Black
**Lens:** Neutral Grey

Customize your Maui Jim Sunglasses

**Reader Power:**

| 1.5 |
|-----|

**Add To Cart**

Description ⌄

Included ⌄

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings    ✓ Accept Cookies

**YOU MAY ALSO LIKE**

★ ★ ★ ★ ★
4.5



**HO'OKIPA READER**

$239.99

- **As Worn By You**

Upload your photos below!

[Add Your Photo]

Clicking on these links will bring up a modal containing a larger version of the image.

- Product review for Maui Jim Makaha Reader Rimless Polarized Sunglasses | Gloss Black Frames with Neutral Grey Lenses:

  5 Star Rating

  Great glasses, the built in readers are invaluable! MJ service policy is great as well.

  Salvino

---

**REVIEWS**

**4.4** out of 5 stars
★★★★★

**119 Ratings**

★ 5 — 79%
★ 4 — 4%
★ 3 — 5%

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

> Cookie Settings       ✓ Accept Cookies

**SORT**
Most Recent

Search reviews...

**FILTER**
Star Ratings

---

★★★★★
May 10, 2021
Jeanne C.

Quality of product: 5.0 / 5.0

Value of product: 4.0 / 5.0

**Love the readers!**
My husband loves his readers! This was a replacement for his 1st pair which were lost. This time we went with the bronze lenses and he prefers this for everyday use. Thank you for prompt response on questions we had and extremely fast delivery time!!

Location:    What is your gender?:    How old are you?:
Hugo, MN, US    Male    55 to 64

---

★★★★★
Jan 11, 2021
"Tex"

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

**Best glasses for Ocean Lifeguards**
Being an Ocean Lifeguard (on Maui), my eyes are constantly being stressed by the sun. Maui Jims have changed my life. Wearing them now for almost 20 years, I will never wear another manufacturer. I wear the readers, which helps out so much, having the small bifocal area in the lenses allows me to seamlessly work on record keeping, and continue non-stop surveillance of the ocean. At first I thought... Read More

Location:    What is your gender?:    How old are you?:
Lahaina, HI, US    Male    55 to 64

---

★★★★★
Dec 10, 2020
Tom N.

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

**BIG FAN**
Bought my fist pair in Maui 20 years ago I was hooked. Just received pair no 6 I've been ordering the polycarbonate frames with readers lately and love the light weight, fit, and overall function of the readers. Have had two pairs repaired -one of them twice great customer service . They are an investment when you spend this kind of coin so the repair option is fantastic -reasonably priced and... Read More

Location:    What is your gender?:    How old are you?:
Munger, MI, US    Male    65 or over

---

★★★★★
Aug 25, 2020
Sharkie

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

**THE BEST**
I have used and love Maui Jims for years. I still have a pair I bought in 2000 that I have put new lens in. I find they have the best true color picture and vibrant. These I use at the beach which is very bright but found I can read and see with these so much better then any pairs of Coastals I've had for fishing, I now use my Maui Jim again. I only wish I had bought a pair with bigger lenses so... Read More

Location:    What is your gender?:    How old are you?:
Ellenton, FL, US    Male    65 or over

---

★★★★★
Aug 19, 2020
Bob G.

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

**Love**
Love these sunglasses. Fit my face better than the larger frame on the Hook Apia.

Location:    What is your gender?:    How old are you?:
CO, US    Male    55 to 64

---

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings     ✓ Accept Cookies

★★★★★
Jun 9, 2020
TonyO

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

**Second pair just as good as the first**

I love these. I have my second pair now - had to increase the power! - and they are fantastic. Same awesome quality of Maui Jim sunglasses with the added benefit of being able to see things up close!

| Location: | What is your gender?: | How old are you?: |
|---|---|---|
| Sacramento, CA, US | Male | 55 to 64 |

---

★★★☆☆
Jun 1, 2020
Gary T.

Quality of product: 5.0 / 5.0

Value of product: 4.0 / 5.0

**Decent glasses, but not for me**

I've been wearing these for almost a week and I'm not to happy with them. I liked the idea of getting the reading version as I had a pair once before of a different brand and liked that feature. However, these lens's seem to short because the reader part always seems to be getting in the way because it is too high in relationship to my eyes. On top of that, light get in over the top of the… Read More

| Location: | What is your gender?: | How old are you?: |
|---|---|---|
| Fairbanks, AK, US | Male | 65 or over |

---

★★★★★
Apr 27, 2020
RAZR

VERIFIED PURCHASER

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

**Love the Glasses**

The sunglasses are great in comfort and style. I truly enjoy the readers, which provides me an advantage when reading during the day on the back porch…And, I totally agree with someone elses review in that the glasses do not slip down your nose even when perspiring. Very light weight.

| Location: | What is your gender?: | How old are you?: |
|---|---|---|
| Greensboro, NC | Male | 65 or over |

---

★★★★★
Apr 27, 2020
ToddC

VERIFIED PURCHASER

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

**Awesome product**

The new color works very well as my eyes struggle when the light is low. These glasses help me see better. As always your glasses are excellent! No other sunglasses can compare.

| Location: | What is your gender?: | How old are you?: |
|---|---|---|
| NH | Male | 45 to 54 |

‹   1   2   3   4   5   6   ›

## LENS DETAILS

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings    ✓ Accept Cookies

**MauiBrilliant**

Maui Jim's most advanced lens material that features optics nearly as clear as glass with just one-third of the weight.



Clarity
Shatter Resistance
Scratch Resistance
Weight



Without

With

**SIZE AND FIT**

| EYE | BRIDGE: | EYE |
|---|---|---|
| 64.0 | 17.0 | 64.0 |



HEIGHT
34.0

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings          ✓ Accept Cookies

BASE CURVE
8



**Fit:** (eye) 64, (bridge) 17, (temple) 130, 8 base curve

**Finishing Treatment:** Gloss finish for a sleek look, paddle temple structure for a snug, comfortable fit during sports

TEMPLE
130.0



**Material:** Grilamid TR 90LX, a light, durable polymer with extreme bending strength known for retaining its shape, extra-grip Rubberon temple ends ensure a secure fit

**Hinge:** Anti-corrosive, stainless steel pin hinge offers lightweight strength

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings    ✓ Accept Cookies