# **EXHIBIT E**

  

Free Shipping* and Free Returns

# HO'OKIPA READER ASIAN FIT
Polarized Rimless Sunglasses



$239.99    non-prescription lenses

 (64)    Read Reviews

  

**Frame:** Gloss Black
**Lens:** Neutral Grey

Customize your Maui Jim Sunglasses

**Reader Power:**

1.5

Add To Cart

Description

Included

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings    ✓ Accept Cookies

## YOU MAY ALSO LIKE



**MAKAHA READER ASIAN FIT**

$239.99

- ## As Worn By You

Upload your photos below!

[ Add Your Photo ]

Clicking on these links will bring up a modal containing a larger version of the image.

- [ Add Your Photo ]

## REVIEWS

**4.9** out of 5 stars
★★★★★

WRITE A REVIEW

★5  94%
★4  3%
★3  0%
★2  0%

**71 Ratings**

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› **Cookie Settings**    ✓ Accept Cookies

**SORT**

**FILTER**
Star Ratings

★★★★★
Apr 10, 2021
Don

Quality of product: 5.0 / 5.0

Value of product: 3.0 / 5.0

**No Complaints!**
Lightweight, comfortable to wear. I have built in readers in the lenses which makes it easy to see the dash and car controls without changing glasses. Also,, nice for reading books or mail while outside. I like the optics as well.
Really no complaints at all.

| Location: | What is your gender?: | How old are you?: |
|---|---|---|
| Glendale, AZ, US | Male | 65 or over |

★★★★★
Dec 28, 2019
Txag1977

VERIFIED PURCHASER

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

**Great sunglasses with readers.**
When you need readers you can't beat these Maui Jims. You get readers that work in the best sun glasses available.

| Location: | What is your gender?: | How old are you?: |
|---|---|---|
| College Station TX | Male | 65 or over |

★★★★★
May 24, 2019
Longtime Maui Jim Guy

VERIFIED PURCHASER

Quality of product: 5.0 / 5.0

**Helps with fogging during activity**
For decades, I have had difficulty finding sunglasses that do not fog up during activity and are not right up against my eyelashes. I did not know what to make of the Asian fit, but I did note that the nose bridge was built up, so I gave them a try. I am pleased to report that they come as advertised. They are perhaps a bit wider than the normal sunglasses, but I do not feel in a noticeable way…. Read More

| What is your gender?: | How old are you?: |
|---|---|
| Male | 55 to 64 |

★★★★★
Apr 20, 2019
Minnesota Man

VERIFIED PURCHASER

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

**Excellent for Driving**
I have used the Maui Jim reader glasses for years. This pair as the others work especially well for driving.

| What is your gender?: | How old are you?: |
|---|---|
| Male | 65 or over |

★★★★★
Apr 15, 2019

**Motorcycle rider loves these sunglass/readers!**
I purchased these to ride on my motorcycle and I really wanted good sunglass but also

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

> Cookie Settings    ✓ Accept Cookies

★★★★★
Mar 20, 2019
Lewie

VERIFIED PURCHASER

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

**Fourth Pair**
Love my Maui Jim's. I always get the readers so I don't have to walk around with two sets of glasses. You can not see the line on the glass from the front so people don't know you're sight challenged. This fourth pair is actually from a VIP card that you, Maui Jim, gave to my high school friend Jay Leno. Thank you Jay and Maui Jim.

| Location: | What is your gender?: | How old are you?: |
|---|---|---|
| Andover, Ma. | Male | 65 or over |

Purchased on Mar 6, 2019

★★★★★
Feb 26, 2019
Joe j

VERIFIED PURCHASER

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

**Great Glass**
Great glasses, very happy with the product,Maui Jim makes one of the best glasses in the market

| Location: | What is your gender?: | How old are you?: |
|---|---|---|
| New York. NY | Male | 45 to 54 |

★★★★★
Feb 20, 2019
Road Sea Snow

VERIFIED PURCHASER

Quality of product: 5.0 / 5.0

Value of product: 4.0 / 5.0

**Nice to drive without switching to see the phone**
I have reluctantly gone into my 50s with the realization that reading small print requires cheater glasses (1.5x or 2x). Not a problem at my desk when I can put on readers. I have no problems with seeing far distances while driving and always used my Maui Jim polarized lenses. But I've noticed in the past couple of years that I occasionally need to look down at the phone, and must switch to... Read More

| Location: | How old are you?: |
|---|---|
| Boston | 45 to 54 |

★★★★★
Feb 8, 2019
Mobile Diver

Quality of product: 5.0 / 5.0

Value of product: 4.0 / 5.0

**Great product.**
Second pair of Maui Jim reader bifocals. Clear lenses, fine polarization, bifocals just the right size.

Location:
Hammond, LA

★★★★★
Jan 2, 2019
LeiNa

**TJ 4th pair purchased!**
These sun glasses are the answer to a prayer! Stylish, lightweight, comfortable. The greatest feature is that I can read while sitting in the sun and it's virtually impossible to tell they're readers! I highly recommend these sunglasses.

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings    ✓ Accept Cookies


1　2　3　4

## LENS DETAILS



**Neutral Grey**
BEST IN BRIGHT, DIRECT SUNLIGHT

Offers the highest available light reduction for the richest colors and sharpest contrast.

**MauiBrilliant**

Maui Jim's most advanced lens material that features optics nearly as clear as glass with just one-third of the weight.



Clarity

Shatter Resistance　　MB　　Scratch Resistance

Weight



Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings　　✓ Accept Cookies



**Shape:** Soft, rectangular frame complements a range of facial shapes

**Bridge:** Fixed, saddle-style with non-slip, rubberon nose pads for comfort



**Fit:** (eye) 64, (bridge) 17, (temple) 130, 8-base curve

**Finishing Treatment:** Gloss finish for a sleek look



**Material:** Grilamid, a light, durable polymer with extreme bending strength known for retaining its shape

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings    ✓ Accept Cookies