E-FILED
Wednesday, 16 June, 2021 06:50:44 PM
Clerk, U.S. District Court, ILCD

# **EXHIBIT F**





‹ Free Shipping* and Free Returns ›

# MAKAHA READER ASIAN FIT
Polarized Rimless Sunglasses



  

$239.99   *non-prescription lenses*

★★★★½ (13)   Read Reviews

  

**Frame:** Tortoise
**Lens:** HCL® Bronze

› Customize your Maui Jim Sunglasses

**Reader Power:**

| 1.5 |

**Add To Cart**

Description ⌄

Included ⌄

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› **Cookie Settings**    ✓ Accept Cookies

**YOU MAY ALSO LIKE**



**HO'OKIPA READER ASIAN FIT**

$239.99

- ## As Worn By You

Upload your photos below!

Add Your Photo

Clicking on these links will bring up a modal containing a larger version of the image.

- Add Your Photo

**REVIEWS**

**4.5** out of 5 stars

★5
★4
★3

13 Ratings

62%
31%
8%

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings    ✓ Accept Cookies

**SORT**
Most Recent

🔍 Search reviews...

**FILTER**
Star Ratings

---

★★★★★
May 17, 2021
dtbadge90

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

**Mother's Day Gift**
Bought them as a Mother's Day gift and she loves them. Great service as always!

Location:    What is your gender?:    How old are you?:
Zimmerman, MN, US    Male    55 to 64

---

★★★★★
Sep 3, 2020
Masktraveler

**Perfect**
I love these. My 3rd pair of Maui. They are by far the most comfortable sunglasses I've ever owned

Location:    What is your gender?:    How old are you?:
Thornton, CO, US    Female    55 to 64

---

★★★★★
Apr 22, 2019
Scott Cronce

VERIFIED PURCHASER

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

Purchased on Apr 8, 2019

**Outstanding readers for those of us who need them**
I've been wearing and loving Maui Jim sunglasses since 2005. Now that I need a little magnification to read up close… I thought I would have to switch to another brand. Nope, Turns out Maui Jim has a 1.5x reader model. There nice and small at the bottom so not to effect distance viewing. They work really great!

What is your gender?:    How old are you?:
Male    55 to 64

---

★★★☆☆
Jul 21, 2018
Renee11

VERIFIED PURCHASER

Quality of product: 3.0 / 5.0

Value of product: 2.0 / 5.0

Purchased on Jul 7, 2018

**Expensive Readers**
I love MJ sun glasses - I would not consider any other sun glasses. I was excited to find MJ readers. They are nice but the reader portion of the lenses is very small, not as versitle as I would like.

Location:    What is your gender?:    How old are you?:
Washington, Dc    Female    45 to 54

---

★★★★★
Apr 5, 2018
Jax11

VERIFIED PURCHASER

**Awesome feel and look!**
I bought these amazing shades about 3 weeks ago and so love them. Great investment and glad I spent the monies for the quality and good feel/look.

Location:    How old are you?:
Mesa, AZ    45 to 54

---

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

❯ Cookie Settings    ✓ Accept Cookies

★★★★★
Jan 31, 2018
Luv2read

VERIFIED PURCHASER

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

Purchased on Jan 17, 2018

### awesome readers!

Bought these about 5 years ago, at the recommendation of a friend, and absolutely loved them! Sadly they were recently stolen. I tried cheaper pairs, but the optics were just not the same. Nothing compares to Maui Jim Readers, so this is my second pair! I will definitely be more careful with this pair!

Location: Whittier, California  
What is your gender?: Female  
How old are you?: 55 to 64

---

★★★★☆
Jan 2, 2018
reader

VERIFIED PURCHASER

Quality of product: 4.0 / 5.0

Value of product: 3.0 / 5.0

### magnification

I'd prefer the magnification to be a progressive instead of a line bifocal. And offer it in the larger lens to allow more lens area for both best distance and near vision with the progressive format.

Location: Fresno CA  
What is your gender?: Male  
How old are you?: 45 to 54

---

★★★★☆
Sep 22, 2017
Lynnfreeman

VERIFIED PURCHASER

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

Purchased on Sep 8, 2017

### Great glasses

I love the optics in my new glasses. I'm not in love with the style I picked, but it's hard to pick on line.

Location: Houston, TX, United States  
What is your gender?: Female  
How old are you?: 45 to 54

---

★★★★★
May 30, 2017
lizzo

VERIFIED PURCHASER

Quality of product: 5.0 / 5.0

Value of product: 5.0 / 5.0

### superior quality

This is my second pair in 4 years. I'm pretty hard on my sunglasses, I'm a hard core gardener and I've dropped these, had them fall of my hat etc. That they finally broke is on me. The clarity and sharpness of the lenses are first rate. I love the readers as they allow me to read plant tags and weed without squinting. They're awesome, I will always own a pair!

Location: Boulder, CO, United States  
What is your gender?: Female  
How old are you?: 55 to 64

---

★★★★★
May 17, 2017

### GREAT GLASSES

This is the 2nd pair of the Makaha's I have bought. I have the HT lens on the smoke grey

Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings    ✓ Accept Cookies



1 2 >

## LENS DETAILS



### HCL® Bronze
BEST FOR EVERYDAY USE

Versatile in changing conditions with a warm tint.

**Polycarbonate**

A proprietary, silicone-based hard coat that protects your lenses. Glass is naturally scratch resistant but polycarbonate lenses perform better longer with the added durability of our optically correct CLEARSHELL®.





Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings    ✓ Accept Cookies

## SIZE AND FIT



**Shape:** Refined rectangular frame complements a range of facial shapes

**Bridge:** Fixed, saddle-style with non-slip, rubberon nose pads for comfort



**Fit:** (eye) 64, (bridge) 17, (temple) 130, 8 base curve

**Finishing Treatment:** Gloss finish for a sleek look, paddle temple structure for a snug, comfortable fit during sports



Aloha! Maui Jim uses cookies to personalize your experience on our site, analyze how our site is used, and serve targeted ads and offers in order to provide our end users with a more aloha experience overall. If you'd like to know more about how these cookies are used and how you can control them, please read our "Cookie Settings." If you continue to use mauijim.com, you consent to our use of cookies. Mahalo!

› Cookie Settings      ✓ Accept Cookies