Chris Zhen (CA STATE BAR #275575)
chris.zhen@zhenlawfirm.com
ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-0715

*Attorney for Plaintiff*
Digital Landscape Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF ILLINOIS

# (PEORIA DIVISION)

| | |
|---|---|
| DIGITAL LANDSCAPE INC., <br><br> Plaintiff, <br><br> vs. <br><br> MAUI JIM USA, INC. and <br> MAUI JIM, INC., <br><br> Defendants. | Case No.: 1:21-cv-01174-JES-JEH <br><br> **CERTIFICATE OF INTEREST** |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Digital Landscape Inc. furnishes the following in compliance with Rule 11.3 of this court.

1. The full name of Plaintiff: Digital Landscape Inc. ("Digital Landscape").

2. Digital Landscape is a California corporation that is privately held with a) no parent corporation and b) no publicly held company owning ten percent or more of stock in Digital Landscape.

3. Chris Zhen of Zhen Law Firm.

Dated: June 16, 2021

Respectfully Submitted,

ZHEN LAW FIRM

By: */s/ Chris J. Zhen*
Chris J. Zhen (CA STATE BAR #275575)
ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-0715
chris.zhen@zhenlawfirm.com

*Attorney for Plaintiff*
*Digital Landscape Inc.*