## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DIGITAL LANDSCAPE INC., | |
| Plaintiff, | |
| v. | Case No.: 1:21-cv-1174 |
| MAUI JIM USA, INC. and MAUI JIM, INC., | |
| Defendants. | |

## MAUI JIM, INC.'S CERTIFICATE OF INTEREST
## PURSUANT TO CDIL-LR 11.3 AND FED. R. CIV. P. 7.1

The undersigned, counsel of record for Maui Jim, Inc. furnishes the following in compliance with Rule 11.3 of this court and Fed. R. Civ. P. 7.1:

(1) I represent Maui Jim, Inc. and Maui Jim USA, Inc.;

(2) (a) Maui Jim, Inc. has no parent corporation and (b) RLI Corp. owns 10% or more of Maui Jim, Inc.

(3) Crowell and Moring LLP is the law firm whose partners or associates are appearing or are expected to appear for Maui Jim, Inc.

Dated: September 17, 2021

Respectfully Submitted,

By: *s/ Mark H. Remus*
Mark H. Remus (#6243717)
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
(312)321-4200
mremus@crowell.com

*Attorney for Defendants*
*Maui Jim USA, Inc. and Maui Jim, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following: Chris Zhen.

*/s/ Mark Remus*