**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

DIGITAL LANDSCAPE INC.,

Plaintiff,

v.                                                                  Case No.: 1:21-cv-1174

MAUI JIM USA, INC. and MAUI JIM, INC.,

Defendants.

**MAUI JIM USA, INC.'S CERTIFICATE OF INTEREST
PURSUANT TO CDIL-LR 11.3 AND FED. R. CIV. P. 7.1**

The undersigned, counsel of record for Maui Jim USA, Inc. furnishes the following in compliance with Rule 11.3 of this court and Fed. R. Civ. P. 7.1:

(1) I represent Maui Jim, Inc. and Maui Jim USA, Inc.;

(2) (a) Maui Jim USA, Inc's. parent corporation is Maui Jim, Inc. and (b) no publicly held corporation owns 10% or more of Maui Jim USA, Inc.

(3) Crowell and Moring LLP is the law firm whose partners or associates are appearing or are expected to appear for Maui Jim USA, Inc.

Dated:  September 17, 2021                Respectfully Submitted,

By: *s/ Mark H. Remus*
Mark H. Remus (#6243717)
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
(312)321-4200
mremus@crowell.com

*Attorney for Defendants
Maui Jim USA, Inc. and Maui Jim, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2021, I electronically filed the foregoing with the

Clerk of the Court using the CMECF system which will send notification of such filing to the

following: Chris Zhen.

*/s/ Mark Remus*