UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DIGITAL LANDSCAPE INC., <br><br> Plaintiff, <br><br> v. <br><br><br> MAUI JIM USA, INC. and MAUI JIM, INC., | Case No.: 1:21-cv-1174-JES-JEH |

## MOTION OF MAUI JIM USA, INC. AND MAUI JIM, INC. FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT OF NON-INFRINGEMENT

Defendants Maui Jim USA, Inc. and Maui Jim, Inc. (collectively "Maui Jim") move for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c). In the alternative, to the extent the Court considers material outside of the pleadings, Maui Jim moves for summary judgment of Non-infringement pursuant to Fed. R. Civ. P. 56. The grounds for this motion are set forth in the Combined Memorandum In Support Of Maui Jim's Motion For Judgment On The Pleadings Or, In The Alternative, Summary Judgment Of Non-infringement, submitted herewith.

Dated:  September 28, 2021

Respectfully Submitted,

By: *s/ Mark H. Remus*
Mark H. Remus (Lead Counsel, #6243717)
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
(312) 321-4200
mremus@crowell.com

*Attorney for Defendants*
*Maui Jim USA, Inc. and Maui Jim, Inc.*

1

Of Counsel:

Laura Lydigsen
John Sabacinski
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
(312) 321-4200

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following: Chris Zhen.

*/s/ Mark Remus*