UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

DIGITAL LANDSCAPE INC.,

    Plaintiff,

v.

MAUI JIM USA, INC. and MAUI JIM, INC.,

    Defendants.

Case No.: 1:21-cv-1174-JES-JEH

**EXHIBITS TO COMBINED MEMORANDUM IN SUPPORT OF MAUI JIM'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT OF NON-INFRINGEMENT**

| Exhibit | Description |
| --- | --- |
| Ex. 1 | Application No. 10/720,879 |
| Ex. 2 | Speed Memos sent to the PTO in support of Application No. 10/720,879 |
| Ex. 3 | U.S. Patent 7,234,811 |
| Ex. 4 | U.S. Patent Publication No. 2006/0274256 |
| Ex. 5 | Declaration of Chris McClain, with exhibits A-C |