# EXHIBIT 1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION FOR UNITED STATES LETTERS PATENT

TITLE OF THE INVENTION

MULTIFOCAL SUNGLASSES, GLASSES, AND LENSES

INVENTOR:

STUART A. PARNELL

TECHNICAL FIELD OF THE INVENTION

This invention relates generally to eyeglasses, and more particularly to multifocal sunglasses, glasses, and lenses.

BACKGROUND OF THE INVENTION

Multifocal lenses, such as bifocal and trifocal lenses, are well known in the field of eyeglasses. In general, such lenses include an area for relatively long distance focusing, and other areas for shorter distance focusing. For example, a common bifocal lens includes a major lens area for normal viewing and a second magnifying area for viewing closer items, such as for use in reading.

As shown in the prior art of FIGURE 1, the normal position for the top of a bifocal segment is at the level of the lower limbus (which often corresponds to the position of the lower eyelid). For certain applications, it has been suggested that the top of the bifocal segment may be located three to five millimeters below that normal position.

While this normal positioning may be sufficient for many applications, for outdoor activities, such as, without limitation, fishing and hunting, the normal position of a bifocal (or trifocal) segment can be a distraction. In particular, because a wide range of longer distance viewing is desirable in outdoor activities, including low sight angle longer distance viewing, the standard position of a bifocal segment is often too high. For example, a fisherman may be leaning backward while fishing; with his head also leaning backward, and thus need to look slightly downward to focus at a far object, and a bifocal segment in the standard position interferes with this. Moreover, in outdoor activities, sunglasses are often desirable.

1  A need has arisen for eyeglasses that include one or more multifocal segments, such as
2  bifocal or trifocal segments, below prior art positions.

3  SUMMARY OF THE INVENTION

4  Therefore, in accordance with the teachings of the present invention, eyeglasses and
5  lenses are disclosed which overcome limitations associated with the prior art.

6  In a particular embodiment, a pair of sunglasses is provided that includes a frame and two
7  lenses held by the frame, wherein the lenses are adapted to filter at least some light. Each of the
8  lenses includes a bifocal segment having a bifocal top, and the bifocal top of each bifocal
9  segment is positioned vertically at least about 1 millimeter below the level of the center of the
10 lower limbus. In another particular embodiment, the bifocal top of each bifocal segment is
11 positioned vertically at least about 5 millimeters below the level of the center of the lower
12 limbus. In some embodiments, the lenses are polarized.

13 In various sunglass embodiments, the bifocal segment may be a flat top or a progressive
14 segment. In still other embodiments, each lens may include a trifocal segment having a trifocal
15 top, the trifocal top positioned vertically at least about 1 millimeter below the level of the center
16 of the lower limbus. The trifocal segment may be a flat top or a progressive segment.

17 In another particular embodiment, a pair of glasses is provided that includes a frame and
18 two lenses held by the frame. Each of the lenses includes a bifocal segment having a bifocal top,
19 and the bifocal top of each bifocal segment is positioned vertically more than about 5 millimeters
20 below the level of the center of the lower limbus. Each lens may be a sunglass lens.

21 In various embodiments, the bifocal segment may be a flat top or a progressive segment.
22 In still other embodiments, each lens may include a trifocal segment having a trifocal top, the

trifocal top positioned vertically more than about 5 millimeters below the level of the center of the lower limbus. The trifocal segment may be a flat top or a progressive segment.

### BRIEF DESCRIPTION OF THE DRAWINGS

Reference is made in description to the following briefly described drawings, wherein like reference numerals refer to corresponding elements:

FIGURE 1 illustrates a bifocal segment located in a PRIOR ART position;

FIGURE 2 illustrates a particular embodiment of a lens having a bifocal segment positioned according to the teachings of the present invention;

FIGURE 3 illustrates a particular embodiment of a sunglass lens having a bifocal segment positioned according to the teachings of the present invention;

FIGURE 4 illustrates another embodiment of a lens according to the teachings of the present invention; and

FIGURE 5 illustrates another embodiment of a lens according to the teachings of the present invention.

### DETAILED DESCRIPTION OF THE INVENTION

FIGURE 1 illustrates a lens 10 that includes a bifocal segment 12 located in a typical prior art position. Bifocal segment 12 includes top 14. The vertical position of top 14 is normally located at the level of the center of the lower limbus 16 of eye 18. Within this description, references to vertical and horizontal positions refer the normal orientation of a wearer of eyeglasses (e.g., the mouth is below the eyes).

1    FIGURE 2 illustrates a particular embodiment of the present invention in which the
2    bifocal segment 12 is positioned lower than the prior art. In a particular embodiment, such as
3    that shown in FIGURE 2, the top 14 of bifocal segment 12 is located more than about five
4    millimeters below the level of the center of lower limbus 16 of eye 18. In one embodiment, the
5    top 14 is located at least about six millimeters below the level of the center of lower limbus 16 of
6    eye 18. In another embodiment, the top 14 is located at least about eight millimeters below the
7    level of the center of lower limbus 16 of eye 18. FIGURE 2 also shows part of a frame 19, to
8    illustrate that a pair of lenses may be set in eyeglass frames to make a pair of glasses.

9    In another particular embodiment illustrated in FIGURE 3, the lens 10 is a sunglass lens,
10   and therefore is intended to filter out at least some light. In a preferred embodiment, the lens 10
11   is polarized, though it need not be polarized. With a sunglass lens according to the present
12   invention, the position of the top 14 of bifocal segment 12 may be located from just below the
13   level of the center of lower limbus 16 to a position as low as desired for the particular
14   application. For example, without limitation, the top 14 in one sunglass embodiment may be
15   located about one millimeter or more below the level of the center of the lower limbus 16. In
16   another sunglass embodiment, the top 14 may be located at least about 5 millimeters below the
17   level of the center of the lower limbus 16. In other sunglass embodiments, the top 14 may be
18   located as discussed above in connection with FIGURE 2. Of course, a pair of lenses may be set
19   in frames to form a pair of sunglasses.

20   Although FIGUREs 2 and 3 have been discussed in connection with a bifocal segment 12
21   that includes a flat top 14, the present invention is not limited to such embodiments. For
22   example, without limitation, progressive (sometimes also referred to as "transitional") multifocal

segments may also be used, and the top portion of these progressive multifocal segments would be positioned as described above in connection with top 14.

FIGURE 4 illustrates one embodiment of the present invention wherein bifocal segment 12 covers the entire bottom of the lens 10. Also shown is a particular embodiment that includes a trifocal segment, with its top section shown by the dashed line 20. As discussed above in connection with bifocal segment 12, this trifocal segment may be a flat top or a progressive segment, and its top is positioned at the levels discussed above with respect to top 14 and FIGURES 2 and 3.

FIGURE 5 illustrates another embodiment of the present invention, wherein the bifocal segment 12 has one edge located at the edge of the lens 10, but does not extend across the entire lens 10. Also illustrated in FIGURE 5 is a trifocal segment having a top portion 20. However, in contrast to FIGURE 4, the trifocal segment of FIGURE 4 does not extend entirely across the lens 10.

FIGURES 4 and 5 are meant to illustrate that various bifocal or trifocal segments (or indeed any number of other segments) may be used with the present invention, and that their horizontal location in the lens, and horizontal size, is not limited. For example, the horizontal position may be varied from a position within the lens and unaligned with any lens edge, to a position on one or the other side of the lens, to a position that extends all the way across the lens.

Also, it should be understood that the lens 10 may be, although need not be, a corrective lens. For example, and without limitation, the lens 10 may be simply a sunglass filter having no corrective ability. The terms bifocal segment, trifocal segment, and multifocal segment are meant to indicate that part of a lens that focuses light differently than other parts of the lens. Without limitation, such segments may be magnifying segments. The lenses, including the

1  multifocal segments, may be made of any suitable material, including, without limitation, glass,

2  plastic, acrylic, and polycarbonate, among others.

3  With the present invention, the multifocal segment or segments are located lower than in

4  the prior art. This is an important advantage in, among other activities, outdoor activities, such

5  as, without limitation, hunting, fishing, and field sport spectating, wherein long distance viewing

6  is desirable at many different sight angles, and a bifocal segment, for example, in the normal

7  position can be distracting. By lowering the bifocal segment, the wearer of the lens may tie

8  knots, read maps and depth charts, look at gauges, read sports programs, read manuals and in

9  general focus on near items through the bifocal segment, but yet have a wide range of sight

10  angles that do not pass through the bifocal segment. Also, incorporating sunglass lenses is

11  desirable in outdoor applications.

12  It should be understood that the present invention is not limited to lenses alone, and also

13  encompasses eyeglasses (including frames) having multifocal segments as described herein. Of

14  course, in a pair of eyeglasses, the horizontal position of the multifocal segment in each lens will

15  be located as appropriate for the particular application.

16  The particular descriptions provided above are illustrative examples, and features and

17  advantages of each example may be interchanged with, or added to the features and advantages

18  in the other embodiments and examples herein. And, in general, although the present invention

19  has been described in detail, it should be understood that various changes, alterations,

20  substitutions, additions and modifications can be made without departing from the intended

21  scope of the invention, as defined in the following claims.

WHAT IS CLAIMED IS:

1. A pair of sunglasses for use by a wearer, the wearer having an eye with a lower limbus, the lower limbus having a center at a vertical level, the sunglasses comprising:

    a frame;

    two lenses held by the frame, the lenses adapted to filter at least some light;

    each of the lenses including a bifocal segment having a bifocal top, the bifocal top of each bifocal segment positioned vertically at least about 1 millimeter below the level of the center of the lower limbus.

2. The sunglasses of Claim 1, wherein the bifocal top of each bifocal segment is positioned vertically at least about 5 millimeters below the level of the center of the lower limbus.

3. The sunglasses of Claim 1, wherein the lenses are polarized.

4. The sunglasses of Claim 1, wherein the bifocal top of each bifocal segment is a flat top.

5. The sunglasses of Claim 1, wherein each bifocal segment is progressive.

6. The sunglasses of Claim 1, wherein each of the lenses further includes a trifocal segment having a trifocal top, the trifocal top of each trifocal segment positioned vertically at least about 1 millimeter below the level of the center of the lower limbus.

7. The sunglasses of Claim 6, wherein the trifocal top of each trifocal segment is a flat top.

8. The sunglasses of Claim 6, wherein each trifocal segment is progressive.

9. A pair of glasses for use by a wearer, the wearer having an eye with a lower limbus, the lower limbus having a center at a vertical level, the glasses comprising:

   a frame;

   two lenses held by the frame;

   each of the lenses including a bifocal segment having a bifocal top, the bifocal top of each bifocal segment positioned vertically more than about 5 millimeters below the level of the center of the lower limbus.

10. The glasses of Claim 9, wherein the bifocal top of each bifocal segment is a flat top.

11. The glasses of Claim 9, wherein each bifocal segment is progressive.

12. The glasses of Claim 9, wherein each of the lenses further includes a trifocal segment having a trifocal top, the trifocal top of each trifocal segment positioned vertically more than about 5 millimeters below the level of the center of the lower limbus.

13. The glasses of Claim 12 wherein the trifocal top of each trifocal segment is a flat top.

14. The glasses of Claim 9, wherein each lens is a sunglass lens.

15. A pair of sunglasses for use by a wearer, the wearer having an eye with a lower limbus, the lower limbus having a center at a vertical level, the sunglasses comprising:

    a frame;

    two lenses held by the frame, each of the lenses being polarized;

    each of the lenses including a bifocal segment having a bifocal top, the bifocal top of each bifocal segment positioned vertically at least about 1 millimeter below the level of the center of the lower limbus.

16. The sunglasses of Claim 15, wherein the bifocal top of each bifocal segment is positioned vertically at least about 5 millimeters below the level of the center of the lower limbus.

17. The sunglasses of Claim 15, wherein the bifocal top of each bifocal segment is a flat top.

18. The sunglasses of Claim 15, wherein each bifocal segment is progressive.

19. The sunglasses of Claim 15, wherein each of the lenses further includes a trifocal segment having a trifocal top, the trifocal top of each trifocal segment positioned vertically at least about 1 millimeter below the level of the center of the lower limbus.

20. The sunglasses of Claim 6, wherein the trifocal top of each trifocal segment is a flat top.