E-FILED
Tuesday, 28 September, 2021  03:20:46 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 2

MAR-30-2005 04:30  FROM:NAUTICAL GROUP       2513434721         TO:17038729306         P.1

# THE NAUTICAL GROUP

## SPEED MEMO

RECEIVED
CENTRAL FAX CENTER
MAR 30 2005

DATE: 3/30/05

TO: ~~GEORGIA EPS~~ — HUNG DANG
U.S. PATENT AND TRADEMARK OFFICE

FROM: STUART PARNELL

RE: PATENT APPLICATION 10/720,879

PLEASE BE ADVISE THAT I AND SEVERAL OTHER EYEGLASS COMPANIES ARE OFFICIALLY PROTESTING PATENT APPLICATION 10/720,879. WE BELIEVE THAT THE PRIOR ART SUBMITTED HAS NOT BEEN PRESENTED TO THE U.S DEPARTMENT OF PATENTS AND TRADEMARK. WE ARE REQUESTING THAT THIS APPLICATION BE RE EXAMINED FOR PRIOR ART WHICH HAS NOT BEEN DISCLOSED. I AM THE INVENTOR AND ORIGINAL FILING

138 MYRTLEWOOD LANE * MOBILE, ALABAMA 36608
TELEPHONE: 251-656-1924 * FAX: 251-342-5427

PAGE 1/2 * RCVD AT 3/30/2005 5:35:35 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-1/5 * DNIS:8729306 * CSID:2513434721 * DURATION (mm-ss):01-10

MAR-30-2005 04:30  FROM:NAUTICAL GROUP  2513434721  TO:17038729306  P.2

# THE NAUTICAL GROUP

PAGE: 2

APPLICANT DATE 11/24/2003 WE WILL FORWARD WRITTEN PROOF THAT THIS APPLICATION HAS BEEN IN USE FOR YEARS AND STILL CONTINUES TO BE PRODUCED AS THIS APPLICATION HAS BEEN PRESENTED. THIS APPLICATION DEFIES EVERY OPTICAL COMPANY FROM PRODUCING WHAT THEY HAVE PRODUCED FOR YEARS AS WELL AS ACTION OPTICS WHICH HAS PRODUCED THIS APPLICATION OF SUN WEAR FOR OVER 10 YEARS.
WE BELIEVE ALL THE PRIOR ART HAS BEEN UNLAWFULLY WITHHELD FROM THE EXAMINER.

138 MYRTLEWOOD LANE * MOBILE, ALABAMA 36608
TELEPHONE: 251-656-1924 * FAX: 251-342-5427

# THE NAUTICAL GROUP

## SPEED MEMO

RECEIVED
CENTRAL FAX CENTER
APR 04 2005

DATE: 4/4/2005

TO: GEORGIA EPPS
    HUNG DANG

FROM: STUART PARNELL

RE: PATENT APPLICATION 10/720,879

PLEASE REFER TO ACTION OPTICS WEB SITE: WWW.ACTIONOPTICS.COM. GO TO THE SUNGLASS COLLECTIONS, THEN GO TO READY TO WEAR BIFOCALS. THEY HAVE PRODUCED THEIR READY-TO-WEAR BIFOCAL SERIES FOR 10 YEARS. AS THE AUTHOR OF PATENT APPLICATION 10/720,879 I DISCOVERED THAT ACTION OPTICS HAS BEEN MAKING THE SAME PRODUCT AS ONO'S TRADING COMPANY SO WE BY LAW DISCLOSED THIS INFORMATION TO THE ATTORNEY FOR ALSTON & BYRD WHO REPRESENTS ONO'S TRADING COMPANY.

**138 MYRTLEWOOD LANE * MOBILE, ALABAMA 36608
TELEPHONE: 251-656-1924 * FAX: 251-342-5427**

APR-3-2005 20:02 FROM:NAUTICAL GROUP  2513434721  TO:17038729306  P.2

# THE NAUTICAL GROUP

PAGE: 2

ACTION OPTICS CLEARLY DESCRIBES THEIR READY TO WEAR BIFOCALS AS BEING MADE OF A CR-39 USING A 28 MM FLAT TOP 28 PLACED "LOW" IN THE LENS FOR USE WHEN YOU REALLY NEED IT ALLOWING POLARIZED VISION TO THE HORIZON WHEN YOU DON'T. YOU CAN BUY THESE IN ANY MAGNIFICATION BUT ARE MASS PRODUCED IN A 2.25 ADD POWER. DIFFERENT FRAMES RATHER PLASTIC OR WIRE HAVE DIFFERENT DISTANCES FROM TOP TO BOTTOM AND SIDE TO SIDE. THEREFORE, A SEGMENT HEIGHT PLACEMENT CAN NOT BE PATENTED. NOT ONLY DOES ACTION OPTICS MASS PRODUCES THIS PRODUCT BUT 40,000 OPTICAL STORES PRODUCE THE SAME AS WELL AS OTHER SUNGLASS COMPANIES. WE ALL CALL THIS PRIOR ART MAKING ONO'S APPLICATION A COPY

138 MYRTLEWOOD LANE * MOBILE, ALABAMA 36608
TELEPHONE: 251-656-1924 * FAX: 251-342-5427

Action Optics Sunglass Collections                                    Page 1 of 1





**ACTION OPTICS PROUDLY CARRIES** *a diverse collection* **OF POLARIZED SUNGLASSES TO FIT EVERY LIFESTYLE.**

crystal

home    sunglass collections    rx services    technical    accessories    locate a dealer

BEST AVAILABLE COPY

Action Optics Bi-Focal Collection　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1



APR-6-2005 21:17 FROM:NAUTICAL GROUP    2513434721    TO:17038729306    P.1

# THE NAUTICAL GROUP

## SPEED MEMO

RECEIVED
CENTRAL FAX CENTER
APR 0 7 2005

DATE: 4/7/05

TO: GEORGIA EPPS
HUNG DANG

FROM: STUART PARNELL

RE: PATENT APPLICATION 10/220,879

I HAVE ORDERED A PAIR OF GLASSES FROM ACTION OPTICS AND I HAVE PURCHASED A PAIR OF ONO'S SUNGLASSES. I AM SENDING YOU BOTH PAIR SO YOU CAN SEE FOR YOURSELF THAT THE ONO'S IS SUBJECT TO ACTION OPTICS (PRIOR ART). IT WILL TAKE APPROXIMATELY 1 WEEK TO GET IT TO YOU. PLEASE BE ON THE LOOKOUT FOR THEM

---

138 MYRTLEWOOD LANE * MOBILE, ALABAMA 36608
TELEPHONE: 251-656-1924 * FAX: 251-342-5427