E-FILED
Tuesday, 28 September, 2021  03:20:47 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| DIGITAL LANDSCAPE INC., | |
| Plaintiff, | |
| v. | Case No.: 1:21-cv-1174-JES-JEH |
| MAUI JIM USA, INC. and MAUI JIM, INC., | |
| Defendants. | |

**DECLARATION OF CHRIS MCCLAIN**

I, Chris McClain, declare and state as follows:

1.      I am the Vice President of Purchasing for Maui Jim USA, Inc. ("Maui Jim").  I have been employed by Maui Jim since 1991.

2.      I have personal knowledge of the facts stated herein and if called upon to testify to those facts I could and would competently do so.

3.      As part of my responsibilities at Maui Jim, I am personally familiar with the construction and manufacture of Maui Jim's sunglasses and the lenses used in those sunglasses. In particular, I am personally familiar with the construction and manufacture of the Makaha and Ho'okipa Readers, including the Asian Fit versions (collectively, the "Makaha and Ho'okipa Readers").

4.      The Makaha and Ho'okipa Readers are manufactured for Maui Jim in Japan by an affiliate of Nakanishi Optical Products Corporation.  I am personally familiar with the process used to manufacture the Makaha and Ho'okipa Readers and the lenses used in the Makaha and

1

Ho'okipa Readers.  I have visited the factory in Japan where the Makaha and Ho'okipa Readers are manufactured many times.  I have personally observed the manufacture of the lenses used in the Makaha and Ho'okipa Readers at the factory in Japan.

**I.      THE MAKAHA AND HO'OKIPA READERS DO NOT HAVE LENSES THAT "FIT WITHIN" A FRAME**

5.      Attached as Exhibit C to the Complaint is a printout of a webpage on the Maui Jim website that describes the Ho'okipa Readers.  (Complaint, Ex. C, p. 1).  Reproduced below is a picture of the Ho'okipa Reader from that webpage.  That picture accurately depicts the construction of the Ho'okipa Reader.

<u>**The Ho'okipa Reader**</u>



6.      Attached as Exhibit D to the Complaint is a printout of a webpage on the Maui Jim website that describes the Makaha Readers (Complaint, Ex. D, p. 1).  Reproduced below is a picture of the Makaha Reader from that webpage which accurately depicts the construction of the Makaha Reader.

<u>**The Makaha Reader**</u>



7.     The Makaha and Ho'okipa Readers differ in their aesthetic design, but are substantively identical for purposes of this declaration.  Also, both the Makaha and Ho'okipa Readers are available in a range of colors and photographs of each color are displayed at the www.mauijim.com websites from which Exhibits C-F to the Complaint were printed.  For example, the following picture of the Ho'okipa Readers with a Blue Hawaii lens is available at www.mauijim.com/US/en_US/shop/sunglasses/rimless/ho-okipa-reader:



8.     As shown in the pictures provided above, the lenses of the Ho'okipa and Makaha Readers do not fit within a sunglass frame.  Rather, the Makaha and Ho'okipa Readers are "rimless" sunglasses in which the frame holds each sunglass lens at two points: at the temple endpiece and at the bridge between the two lenses.  The connection points are shown in the figure below with reference to the Makaha Reader.  The same connection points apply to the Ho'okipa Reader.



3

9.      The temple endpiece and bridge are connected by a portion of the frame that extends across the rear face of the sunglass lens.  The lenses of the Makaha and Ho'okipa Readers are not enclosed by, encircled by, or otherwise within the frame of the Makaha and Ho'okipa Readers and the sunglass lenses do not "fit within" the frame.

10.     The only portions of the frame that touch the edge of the lenses are the temple endpiece and bridge connection points.

## II.   THE LENSES OF THE MAKAHA AND HO'OKIPA READERS ARE NOT MADE BY PROVIDING A BIFOCAL SEGMENT AND MOLDING AN OUTER LENS AROUND THE BIFOCAL SEGMENT

11.     The Makaha and Ho'okipa lenses consist of several layers, including an outer layer that faces away from the user's eye and an inner layer that faces toward the user's eye.

12.     The lenses in the Makaha and Ho'okipa Readers include a bifocal element that is located in the inner layer of the lens.  The bifocal element in the Makaha and Ho'okipa Readers is not located in the outer layer of the lens.  Following are photographs of Makaha and Ho'okipa Readers that show the location of the bifocal element in the inner lens layer:



4

13.     In the Makaha and Ho'okipa Readers, the bifocal element is not a separate element that is attached to or incorporated into the lens during manufacture.  Rather, the bifocal element of the Makaha and Ho'okipa Readers is an integral part of the lens that is formed during an injection molding process.

14.     The bifocal element in the Makaha and Ho'okipa Readers is formed in an inner lens layer through an injection molding process in which a precision shaped mold imparts the shape of a bifocal element into molten plastic that becomes the inner lens layer.  The bifocal element is an integrally formed part of the inner layer and no layer is molded "around" a bifocal element.  For this reason, the lenses in the Makaha and Ho'okipa Readers are not made by providing a bifocal element and then molding an outer lens layer around the bifocal element.

15.     Attached as Exhibit A are the internal instructions for making the lenses in the Makaha and Ho'okipa Readers.  The instructions are written in Japanese and a certified translation is attached as Exhibit B.

16.     The lenses used in the Makaha and Ho'okipa Readers are made using a mold consisting of lower and upper molds.  First, a plastic sheet is shaped, prepared, and placed in the lower mold. This sheet forms the outer layer of the sunglass lens.  That is described in Steps 1-8 of the instructions.  Next, in Steps 9-10, the lower mold is placed under the upper mold and molten plastic is injected into the closed mold on top of the outer lens layer.  This molten plastic forms the inner layer of the sunglass lens.  The upper mold includes a special contour in the shape of a bifocal element so that when the molten plastic is injected into the mold, the molten plastic takes on the shape of the special contour and forms a bifocal element in the inner lens layer.

17.     Attached as Exhibit C are pictures of the upper and lower molds used to make the lenses in the Makaha and Ho'okipa Readers.  In particular, the picture of the upper mold shows

5

the special contour that forms the bifocal shape into the inner lens layer.  Identical pictures of the upper mold are provided below, where the picture on the right has the bifocal shape delineated in red for ease of viewing.



18.     At no point during the process of manufacturing the lenses for the Makaha and Ho'okipa Readers is a bifocal segment provided that is separate from a lens layer.

19.     At no point during the process of manufacturing the lenses for the Makaha and Ho'okipa Readers is the outer lens layer, or any other layer, molded around a bifocal segment.

6

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/27/21          By:_____
                            Chris McClain

7

EXHIBIT A

| 作 業 標 準 書 | | | | | 承認 | 作成 |
|---|---|---|---|---|---|---|
| | | | | |  |  |
| 部 門 名 | コート課 | | | 頁 番 号 | 1/1 | |
| 工 程 名 | シート曲げ工程 | | | 標準書番号 | | |
| 作 業 名 | | | | | | |

| No | 作 業 内 容 |
|---|---|
| 1 | 専用の手袋とシートを段取りを行う |
| 2 | 機械の設定温度・条件の確認を行う<br>（※アラーム等でエラーが発生している場合は担当者へ連絡し対処を行う |



| No | 作 業 内 容 |
|---|---|
| 3 | 曲げ工程作業を行う(シートセット時手を挟まないよう注意する事)<br>　※シートセット位置に合わせてシートセット実施 |
| 4 | 曲げ完了後のシートは専用デシケーターに投入し保管を行う |
| 5 | シート不良が発生した場合はLot毎に記録を取ること　　　　　　　　　　　　　　　　　s |
| ※ | カーブ変更等は担当者へ連絡し変更作業を行ってもらい、作業中は担当者の指示に従う |

Thermoforming

| 制定年月日 | 2020年　7月　15日 | 改訂年月日 | | 版番号 | 1版 |
|---|---|---|---|---|---|

| | | 承認 | 作成 |
|---|---|---|---|
| **作 業 標 準 書** | |  相馬 |  水谷 |

| 部 門 名 | 成形課 | 頁 番 号 | 1/3 |
|---|---|---|---|
| 工 程 名 | シート準備、金型拭き上げ | 標準書番号 | |
| 作 業 名 | シート曲げ、シートへのエアー掛け、金型拭き上げ | | |

| No | 作 業 内 容 |
|---|---|

1 ステンレスパッドからシートを出す。
　※シートを取り出す際、紙に擦らないように気を付ける事。

2 シート曲げの作業者が、シート正曲げから逆曲げにする。
　※シートを曲げる際、端から徐々に曲げていくこと。



3 パレットに逆曲げしたシートを20枚並べ、成形する作業者に渡す。



5 シートを受け皿に乗せる。
　※シートを乗せる際、受け皿に擦って乗せない事。



6 トレシーMGグラブと除電エアーで金型表面の汚れを拭く。
　※乾拭きで取れない場合は、コットンにシンナーを浸み込まして拭く事。
　※トレシーがボロボロになったらすぐに新品と交換する事。



| 制定年月日 | 2015年　4月　15日 | 改訂年月日 | | 版番号 | 1版 |
|---|---|---|---|---|---|

Wafer preparation and setting before injection




| | | | 承認 | 作成 |
|---|---|---|---|---|
| 作 業 標 準 書 | | | 相馬 | 水谷 |

| 部 門 名 | 成形課 | | 頁 番 号 | 2/3 |
|---|---|---|---|---|
| 工 程 名 | シートインサート、成形 | | 標準書番号 | |
| 作 業 名 | シートブラシ作業、エアー掛け、シートインサート、成形開始 | | | |

| No | 作 業 内 容 |
|---|---|

6 吸着パッドでシートを取り、凸面側にブラシをかける。
　　※シートを取る際、真上に引く事。
　　※ブラシをかける際、シートを横向きにして縦方向にブラシへ当てる事。



7 ブラシ後、シートの凸面側に除電エアーを吹く。



8 シートを金型にインサートする。
　　※インサートする際、真っ直ぐ下に降ろして金型とシートが擦らないようにする事。



9 シートを4か所インサートしたら、真上から除電エアーを吹いてゴミを飛ばす。
　　※シートがずれてしまわない様、注意して行う事。



10 シートのズレがないか確認をする。
　　確認後、全自動モードにして成形を開始する。



| 制定年月日 | 2015年　4月　15日 | 改訂年月日 | 2015年　4月　15日 | 版番号 | 1版 |
|---|---|---|---|---|---|

Injection

| | 承認 | 作成 |
|---|---|---|
| | 相馬 | 水谷 |

# 作 業 標 準 書

| 部 門 名 | 成形課 | | 頁 番 号 | 3/3 |
|---|---|---|---|---|
| 工 程 名 | 成形品抜き取り、ゲートカット、外観検査 | | 標準書番号 | |
| 作 業 名 | 成形品抜き取り、ゲートカット、外観検査 | | | |

| No | 作 業 内 容 |
|---|---|

11 テーブルが半回転し、成形品が操作側に来たら、
　 自動エアーで冷却を行う。



操作側にテーブルが半回転　　　製品にエアーを当て冷やす

12 成形品がエジェクタで突き出されたら、手で上へ引っ張り成形品を抜く。



成形品を上に抜く

14 検査後、成形品をゲートカット機の治具に乗せ、起動ボタンを押す。
　 ※ランナーを強く下に押し込み、ゲートがニッパーの刃に当たってるか確認する事。



起動ボタン

15 ロボットがゲートカットされた成形品をパレットに並べる。



16 シート曲げを行った作業者が、成形品に転写や汚れ等がないか確認する。
　 ※転写や汚れ等が見つかった場合は、
　 　 すぐに成形作業者に教え、金型の洗浄や拭き上げを行う事。

| 制定年月日 | 2015年　4月　15日 | 改訂年月日 | 2015年　4月　15日 | 版番号 | 1版 |
|---|---|---|---|---|---|

Removing lens from mold, gate cutting, inspection

| 作　業　標　準　書 | | | | 承認 | 作成 |
|---|---|---|---|---|---|
| | | | | 相馬 | 水谷 |
| 部　門　名 | コート課 | | | 頁　番　号 | 1/1 |
| 工　程　名 | シート曲げ工程 | | | 標準書番号 | |
| 作　業　名 | | | | | |

| No | 作　業　内　容 |
|---|---|
| 1 | ハードコート機の立上げ作業を行う<br>※ハード条件の確認は都度確実に行う事 |
| 2 | ハードコート機に投入<br>・投入数・投入時間、投入条件の記録を行う<br>※投入時 専用治具等に問題があれば交換<br><br>治具をセットし投入開始を行う |
| 3 | ハード機より排出後、指定の時間(乾燥炉記載)に従いアラームをセット<br>※投入前に乾燥炉の設定温度と実温の確認を確実に |
| 3 | <br>排出口よりレンズ取り出し(厚いので専用手袋使用) |
| 4 | 各槽が正常運転されているか確認を行う事<br> |
| 5 | 回収ケースへ入れ次工程(検査工程に引き渡し) |

| 制定年月日 | 2015年　4月　15日 | 改訂年月日 | | 版番号 | 1版 |
|---|---|---|---|---|---|

Hard Coating

# EXHIBIT B

| **Work Instruction Sheet** | | | Approved by | Prepared by |
|---|---|---|---|---|
| | | | [SEAL: Sohma] | [SEAL: Mizutani] |
| Department name | Coat Section | | Page No. | 1/1 |
| Process name | Sheet bending process | | Instruction Sheet No. | |

| Task(s) | |
|---|---|
| No. | Description of Task(s) |

| | |
|---|---|
| 1 | Set up the dedicated gloves and sheets. |
| 2 | Check the machines' preset temperatures and conditions. <br> (* If an alarm indicates any error, etc., contact the assigned personnel to take appropriate action.) <br><br>  |
| 3 | Carry out the bending process. (Be careful so as to ensure that your hand won't get caught in a machine when setting up the sheets.) <br> * Set the sheets in alignment with the respective sheet-setting positions. |
| 4 | Upon completion of the bending process, place the bent sheets in a dedicated desiccator for storage. |
| 5 | In the event a defective sheet(s) is found, keep the record for each lot.                                            s |
| * | To change the curve or the like, contact the assigned personnel to have him/her process the change. Follow the assigned personnel's instructions while working on tasks. |

Thermoforming

| Date of establishment | 07/15/2020 | Date of revision | | Version No. | Version 1 |
|---|---|---|---|---|---|

| **Work Instruction Sheet** | | Approved by | Prepared by |
|---|---|---|---|
| | | [SEAL: Sohma] | [SEAL: Mizutani] |

| Department name | Molding Section | | Page No. | 1/3 |
|---|---|---|---|---|
| Process name | Sheet preparation, and die cleanup by wiping | | Instruction Sheet No. | |

| Tasks | Bending of sheets, air blow on sheets, and die cleanup by wiping |
|---|---|
| No. | Description of Task(s) |

| 1 | Remove each sheet from the stainless steel pad.<br>* Handle the sheets with care when removing them from pads to prevent the sheet from rubbing against the paper. |
|---|---|
| 2 | A sheet-bending operator is to bend the normally bent sheets backward to form negative bending.<br>　* When bending a sheet, be sure to bend it gradually from the edges.<br><br>Press the edges　Bend the sheet to |
| 3 | Arrange 20 sheets thus bent backward on a pallet and hand them to the molding operator.<br> |
| 5 | Place each sheet on a saucer.<br>　* When placing the sheets, do not rub them against the saucers.<br> |
| 6 | Clean the die surface with anti-static air. Be sure to wear Toraysee MG Gloves when cleaning the die.<br>* If the dry wiping cannot clean the die, immerse a cotton ball with a thinner and wipe the die with it.<br>* As soon as your Toraysee gloves are worn out, replace them with a new pair.<br> |

| Date of establishment | 04/15/2015 | Date of revision | | Version No. | Version 1 |
|---|---|---|---|---|---|

Wafer preparation and setting before injection

| **Work Instruction Sheet** | | Approved by | Prepared by |
|---|---|---|---|
| | | [SEAL: Sohma] | [SEAL: Mizutani] |

| Department name | Molding Section | | Page No. | 2/3 |
|---|---|---|---|---|
| Process name | Sheet insertion, forming | | Instruction Sheet No. | |

| Tasks | Sheet brushing, air blow, sheet insertion, initiation of forming process |
|---|---|
| No. | Description of Task(s) |

| 6 | Remove the sheets with a suction pad and then brush the convex side of each sheet. <br> * When removing the sheets, be sure to pull them straight up. <br> * When brushing the sheets, turn each sheet sideways so that its surface makes contact with the brush vertically. <br><br>  Pull the sheet straight up.   Be sure that the sheet is sideways and brush it in the vertical direction. |
|---|---|
| 7 | After the sheets are brushed, blow anti-static air onto the convex side of each sheet. <br><br>  |
| 8 | Insert each sheet in the respective die. <br> * When inserting the sheet, lower the sheet straight down so that the sheet won't rub against the die. <br><br>  Lower straight down |
| 9 | After inserting four sheets in respective places, blow anti-static air thereon from above to blow off any dust/debris. <br> * Be careful when blowing air to ensure that each sheet's position won't shift. <br><br>  Blow anti-static air |
| 10 | Confirm the positions of the sheets to ensure that there is no misalignment. <br> Once confirmed, start the forming process in the fully automatic mode. <br><br>  Make sure that the sheet have no lifted edges.   Press the start buttons at the same time. |

| Date of establishment | 04/15/2015 | Date of revision | 04/15/2015 | Version No. | Version 1 |
|---|---|---|---|---|---|

Injection

| **Work Instruction Sheet** | | | Approved by | Prepared by |
|---|---|---|---|---|
| | | | [SEAL: Sohma] | [SEAL: Mizutani] |
| Department name | Molding Section | | Page No. | 3/3 | |
| Process name | Extraction of moldings, gate cut, and visual inspection | | Instruction Sheet No. | | |
| Tasks | Extraction of moldings, gate cut, and visual inspection | | | | |
| No. | Description of Task(s) | | | | |

| No. | Description of Task(s) |
|---|---|
| 11 | When the table makes half a turn and the moldings come on the operator side, automatic air cooling is provided.<br><br>Table makes half-turn to the operator side   Air is applied to the product for cooling |
| 12 | Once the ejector ejects the moldings, pull up the moldings with your hand to remove them.<br><br>Pull up the moldings for removal |
| 14 | After inspection, place the moldings on the gate-cutting machine jigs and press the start button.<br>   * Push down the runner firmly and make sure that the gates touch the blade of the nipper.<br> |
| 15 | Start button<br>The robot lines up the post-gate-cut moldings on a pallet. |
| 16 | <br>The operator who bent the sheets checks the moldings for any pattern transfer, smear, etc.<br>   * In the event pattern transfer, smear, etc., is found on any moldings, immediately inform the molding operator of the defect and ensure that the dies are washed and wiped clean. |

| Date of establishment | 04/15/2015 | Date of revision | 04/15/2015 | Version No. | Version 1 |
|---|---|---|---|---|---|

*Removing lens from mold, gate cutting, inspection*

| **Work Instruction Sheet** | | | Approved by | Prepared by |
|---|---|---|---|---|
| | | | [SEAL: Sohma] | [SEAL: Mizutani] |
| Department name | Coat Section | | Page No. | 1/1 |
| Process name | Sheet bending process | | Instruction Sheet No. | |
| Tasks | | | | |
| No. | Description of Task(s) | | | |

| No. | Description of Task(s) |
|---|---|
| 1 | Start the hard coating machine. <br> * The hard conditions must be verified every time. |
| 2 | Loading into the hard coating machine <br> ・ Record the number of parts loaded, the loading time, and the conditions at the loading. <br> * If there is a problem with the dedicated jigs at the loading time, be sure to replace the jigs. <br><br>  <br> Set the jogs and start loading |
| 3 | After the parts come out of the hard machine, set the alarm according to the specified time (posted at the drying furnace station). <br> * Be sure to check the preset temperature and actual temperature of the drying furnace before loading. <br><br>  <br> Take out lenses from outlet (use special gloves because they are thick) |
| 3 4 | |
| 5 | Make sure that each tank is operating normally. <br><br>  <br><br> Place the lenses in a collection case and proceed to the next process (deliver them to the inspection process). |

| Date of establishment | 04/15/2015 | Date of revision | | Version No. | Version 1 |
|---|---|---|---|---|---|

Hard Coating



# legaltranslations.biz

**(Division of Nelles Translations)**

20 N. Wacker Drive - Suite 1408 - Chicago, IL 60606 - 312-977-9772  Fax-866-615-8606

## <u>Certification</u>

This is to certify that the foregoing translation of the document entitled Work Instruction Sheet was made from Japanese to English from the document by a competent translator well acquainted with both languages, and that, to the best of our knowledge and belief, it is a true and complete rendering into English of the selected text.

Date: September 2, 2021

Donald W. Hanley, CEO

EXHIBIT C

**MJBRBF injection molds**

| under molds |
|---|

  

| upper molds |
|---|

