IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DIGITAL LANDSCAPE INC., <br><br> Plaintiff, <br><br> vs. <br><br> MAUI JIM USA, INC., and, <br><br> MAUI JIM, INC., <br><br> Defendants. | Case No.: 1:21-cv-01174-MMM-JEH <br><br> DISCOVERY PLAN <br><br> Magistrate Judge Jonathan E. Hawley |

## DISCOVERY PLAN

Counsel for Plaintiff Digital Landscape Inc. and counsel for Defendants Maui Jim USA, Inc. and Maui Jim, Inc., having met on February 27, 2023 for the purpose of formulating a proposed discovery schedule for consideration by the Court, hereby submit the following agreed deadlines for the Court's consideration:

| Event | Deadline |
|---|---|
| Initial Disclosures (Fed. R. Civ. P. 26(a)(1)) | March 10, 2023 |
| Plaintiff to Serve Initial Infringement Contentions | April 7, 2023 |
| Defendants to Serve Initial Non-Infringement and Invalidity Contentions | April 28, 2023 |
| Plaintiff to Serve Initial Response to Invalidity Contentions | May 19, 2023 |
| Deadline to Seek Leave to Add Parties or Amend the Pleadings | July 14, 2023 |
| Parties to Serve Final Infringement and Invalidity Contentions | September 1, 2023 |

| | |
|---|---|
| Parties to Serve Final Non-Infringement and Validity Contentions | September 29, 2023 |
| Parties to Exchange Proposed Claim Terms to be Construed along with Proposed Constructions | October 13, 2023 |
| Fact Discovery Closes | November 10, 2023 |
| Opening Claim Construction Brief by party opposing infringement and Joint Appendix | December 8, 2023 |
| Responsive Claim Construction Brief by party claiming infringement | January 5, 2024 |
| Reply Claim Construction Brief by party opposing infringement | January 19, 2024 |
| Claim Construction Hearing | TBD |

Following issuance of the Court's *Markman* order construing the disputed claim terms, the parties will submit a revised schedule to set deadlines that substantially follow the timeframes set forth below.

| Event | Deadline |
|---|---|
| Expert reports for the party bearing the burden of proof | 28 days after claim construction ruling |
| Rebuttal expert reports | 28 days after above Expert reports |
| Depositions of experts | 28 days after above exchange of rebuttal expert reports |
| Deadline to file dispositive motions | 28 days after completion of expert depositions |

Dated: February 28, 2023

        By: /s/ Matthew C. De Re
Thomas A. Zimmerman, Jr. (IL #6231944)
*tom@attorneyzim.com*
Matthew C. De Re (IL #6317913)
*matt@attorneyzim.com*
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com

Alexander Chen (C.D. Ill. bar admission pending)
*alexc@inhouseco.com*
InHouse Co. Law Firm
7700 Irvine Center Dr., Suite 800
Irvine, CA 92618
(949) 250-1555 telephone
(714) 882-7770 facsimile
www.inhouseco.com

*Attorneys for Plaintiff Digital Landscape Inc.*


By: *s/ Mark H. Remus*
Mark H. Remus (Lead Counsel, #6243717)
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
(312)321-4200
mremus@crowell.com

*Attorney for Defendants*
*Maui Jim USA, Inc. and Maui Jim, Inc.*

3

## **CERTIFICATE OF SERVICE**

On February 28, 2023, I filed the foregoing document electronically with the United States District Court for the Central District of Illinois's CM/ECF system. Electronic notice was therefore automatically emailed to counsel of record.

*/s/ Matthew C. De Re*