# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| DIGITAL LANDSCAPE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-01174 |
| | ) | |
| MAUI JIM USA, INC., and | ) | |
| MAUI JIM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Parties' Joint Stipulation of Dismissal signed by all parties. ECF No. 43. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Within the stipulation itself, the parties stipulate that the lawsuit shall be dismissed in its entirety with prejudice, with each party to bear their own costs and fees. Accordingly, the [43] Stipulation of Dismissal is GRANTED, and the case is DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 41(a)(2). The Clerk of Court is DIRECTED to close this case.

ENTERED this 18th day of October, 2023.

/s/ Michael M. Mihm
Michael M. Mihm
United States District Judge